DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

STEVEN MILLARD DU BOSE

Debtor

Chapter 13
Case No. 10-59223 SLJ

**DECLARATION IN SUPPORT OF DISMISSAL FOR FAILURE TO MAKE FIRST PLAN PAYMENT**
**(with Certificate of Service)**

I, DEVIN DERHAM-BURK, Chapter 13 Standing Trustee, declare:

1. I am an attorney at law, duly licensed to practice before this Court and the duly appointed Chapter 13 Standing Trustee (hereafter "Trustee") in this matter.

2. As the Trustee, I have direct knowledge of the following facts. Where I do not have direct knowledge of facts, I have knowledge based upon contemporaneous electronic and written records that I maintain in prosecution of my duties as Trustee of the San Jose Chapter 13 trust operation. An integral part of my work duties includes the supervision of my employees, together with maintenance and control of my computer system. All information recorded into the computer system is recorded contemporaneously with all transactions.

The information which I attest to herein, is derived from these sources. I am competent to attest thereto as the custodian of the records of the San Jose Chapter 13 trust operation.

3. The petition in this case was filed on September 02, 2010. The plan in this case was filed on September 02, 2010.

4. More than thirty (30) days have elapsed since the earlier of the filing of the petition or plan and the debtor has not remitted the initial plan payment.

5. Pursuant to 11 U.S.C. §1326(a)(1), a debtor shall commence making plan payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier.

6. On September 18, 2010 the debtor was served with a copy of the "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors and Deadlines" which provides clear notice to the debtor that the case is subject to dismissal without further notice for failure to make the initial Chapter 13 payment.

7. I am requesting that the Court dismiss this case without prejudice for the debtor's failure to comply with 11 U.S.C. §1326(a)(1).

Based upon my personal knowledge, I declare under penalty of perjury that the foregoing statements are true and correct and if called upon to testify thereto, I could and would competently so testify. Executed in Los Gatos California on October 27, 2010.

/s/ Devin Derham-Burk
Devin Derham-Burk
Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served the within Declaration in Support of Dismissal for Failure to Make First Plan Payment, by placing same in an envelope in the U.S. Mail at Los Gatos, California on October 27, 2010. Said envelopes were addressed as follows:

    STEVEN MILLARD DU BOSE
    1523 BOONE DR
    SAN JOSE, CA 95118


    PRO SE DEBTOR

                                      /s/ Cynthia Silveira
                                      Office of DEVIN DERHAM-BURK
                                      Chapter 13 Standing Trustee